UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.: 23-CR-00095 |
| Jeffrey Michael Etter, : | |
| : | |
| Defendant. : | |

NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney (AUSA) Joshua Ontell. AUSA Joshua Ontell will be substituting for AUSA Nathaniel Whitesel.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:    /s/ Nathaniel Whitesel
       Nathaniel Whitesel
       Assistant United States Attorney
       United States Attorney's Office
       District of Columbia
       Cell No. (202)-834-5233

**CERTIFICATE OF SERVICE**

      On this 29TH day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

                                          _/s/ Nathaniel Whitesel_
                                          NATHANIEL WHITESEL
                                          Assistant United States Attorney