Good morning and thank you for allowing me the opportunity to be here and speak today.  I am Officer Christopher Owens and I am currently assigned to the Metropolitan Police Department, Metropolitan Police Academy.

In addition to my normal blocks of instruction where I am the primary instructor for Constitutional Law in regards to 4th Amendment Search & Seizure and Traffic Laws & Stops, I am one of the primary instructors for a class titled Active Bystandership for Law Enforcement, ABLE for short. I teach sworn officers as a part of their continuing education requirements and recruit officers as a part of their initial training.  A significant part of this class is about identifying, recognizing and learning how to cope with the trauma we face every day as police officers.  We discuss primary and secondary trauma and the effects and tool it can take on us personally as well as our loved ones.

On January 6, 2021 I was working in the 5th District Patrol division and was assigned to CDU Platoon 51 and we were one of the first CDU platoons to arrive after the 10-33 was called at the Capitol and one of the first CDU platoons to enter the interior of the Capitol Building.

That day, I, as well as hundreds of my fellow officers, experienced traumas.  We experienced physical traumas, emotional traumas and mental traumas. The traumas we suffered that day were numerous.

Rioters continuously told us that we were traitors, that we were a disgrace to our uniforms and the badges we wore and that we were failing to honor the oath we took as police officers. We were spit on, we were punched, we were kicked, we were hit with flag poles, 2x4's & hockey sticks. We had to defend ourselves from having our equipment ripped off our bodies. Rioters tried to forcibly take our helmets, masks, radios, badges and I even had someone try to rip my service weapon out of my holster and off my hip.

We were assaulted time and time again. Sometimes even with bear spray and mace. We had bottles and all kinds of other objects thrown at us.  All this was being done while the rioters yelled phrases such as "We back the blue" and "We support you".

I am a firm believer in free will. We all have the ability to choose what we do and when we do it.  We can choose to wake up with a positive attitude or a negative attitude.  We can choose to do good or we can choose to do evil.  We are lucky enough that our daily choices are abundant and that we are blessed with this freedom of choice.

Sadly, on January 6, 2021 Mr. Rhodes, Ms. Meggs and their fellow Oath Keepers chose poorly.  Mr. Rhodes, Ms. Meggs and their Oath Keepers chose to break the law.  They all chose to illegally enter the Capitol grounds.  They all chose to participate in a violent attack that forced an interruption of the certification of the 2020 Electoral College vote count. They all chose to threaten the peaceful transfer of power after the 2020 Presidential election, which resulted in hundreds of law enforcement officers being physically injured, including myself. They all chose to verbally threaten and physically abuse me and my fellow officers.  They all chose to be a part of a group of rioters that surrounded, taunted and assaulted MPD officers, including me, as we defended the Capitol.  They all chose to remain on the Capitol grounds and continue breaking the law.

My physical traumas, bruises and scars have healed but the emotional and mental traumas from that day stay with me to this day. On January 7, 2021 when after 18+ hours of working to protect lives, the Capitol and property I was finally able to go home.  I arrived home early on the morning of January 7th.

My wife of 19 years and my teenage daughter we anxiously waiting for me in our kitchen. The look of worry, fear and relief on their faces as I walked into our home is forever etched in my memory.

I told them both that I was OK and that there was no need for them to be upset and that I wanted to grab a shower and a couple hours of sleep before I had to be back at work.  They of course needed to talk about what happened and hear from me about my day.

As I started to downplay my experiences, I'll never forget the look on my daughter's face when she hugged me with tears in her eyes and told me she loved me and immediately wrinkled her nose and said "you stink!".  I smiled and told her and my wife that I was covered in sweat, bear spray, mace, OC spray and who knows how many other things which is why I smelled so bad and we all agreed I should get a shower right away and we could continue talking about my day after.

I went up to the bathroom in our master bedroom and my wife followed me. As I started to undress to get in the shower, I took off my long sleeve uniform shirt and my uniform pants.  I will never forget how my wife burst into tears and sat down on the floor of our bathroom crying when she saw how bruised, battered and bloody my arms and legs were. I will never be able to forget the tears and sadness in my wife's eyes or the worry on her face.

On January 6th Mr. Rhodes, Ms. Meggs and their fellow Oath Keepers freely chose to commit a multitude of poor decisions and illegal actions that led to me being injured physically, emotionally and mentally.  I accept this as a part of my job and I would not hesitate to put myself in harm's way again if need be.  However, the decisions and illegal actions Mr. Rhodes, Ms. Meggs and their fellow Oath Keepers made of their own free will traumatized my wife and daughter and I cannot forgive them for this.

Mr. Rhodes, Ms. Meggs and their fellow Oath Keepers' actions on January 6th were illegal, violent, thoughtless and careless. Mr. Rhodes, Ms. Meggs and their fellow Oath Keepers lack of remorse for the fact that they freely chose to perform these illegal acts that caused trauma to me, my family and many others is why I am asking the court today to levy the maximum allowable punishments for their crimes that they each freely chose to commit.

Thank you.