Florian Heithier

24 May 2023

RE: Mr. Jeffrey Etter's case

To the Honorable Judge Reggie B. Walton

I am writing on behalf of Jeffrey Etter. Mr. Etter and myself have been close friends for over 25 years since attending the University of Massachusetts at Amherst. In this time, he has proven to be of a fine and responsible character. Mr. Jeffrey Etter, a real estate agent, is known for being a dedicated husband and father. Further, Mr. Jeffrey Etter is the executioner of my will and testament to ensure the financial wellbeing of my four children, Kathrina, Kerek, Kyla and Konrad. Additionally, Mr. Jeffrey Etter served as a character witness for me when I became a United States citizen over 20 years ago.

I have complete trust and confidence in Jeffrey Etter. After graduation I pursued a career in public service and joined the Central Intelligence Agency in the clandestine service. In parallel serving in the District of Columbia Army National Guard where I have risen to the rank of Lieutenant Colonel with over 24 years of service and standing guard at the United States Capitol following the events of January 6th 2021. Since leaving civil service in 2018 I am a pilot for American Airlines while still serving in the Army National Guard.

Mr. Etter confessed to me of the serious lack of judgement he exhibited on January 6th 2021. His actions that day are not typical of Mr. Jeffrey Etters behavior. He expressed an overwhelming level of remorse for the actions he has taken that day. As a close friend to Mr. Jeffrey Etter I have always known him to have strong moral values.

Mr Jeffrey Etter has thus far shown a steadfast and resolute demeanor in moving past this mistake in a constructive and successful manner. It is my hope this letter regarding Jeffrey Etter and his case will act as a positive and contributing factor when the court considers this matter.

Sincerely,


Florian Heithier