Hunter Davis

Chesapeake Va 23321

April 30, 2023

In re: Jeff Etter

I met Jeff Etter and his family almost 15 years ago. Over that time, I have had the opportunity to get to know him both personally and professionally. He has continually proven himself to be a man of honor, devotion & kindness.

We first met when he became a member of my grandfather's church, Biltmore Baptist Church, located in Portsmouth, Va. It was just after high school, and I had enlisted in the military and enrolled into college. Although we had just met, Jeff, being a recent veteran and graduate himself, often took time out of his week to meet me for coffee and give advice about both my military and academic career.

This was a practice that we continued for several years. As I got older, I got know him as friend, just as much as a mentor. Nevertheless, when I found myself at a low point, I called Jeff for advice. As a business owner, I found myself taking care of my business more than I did for myself. I was quite out of shape and felt very low about myself. Jeff offered to have me come to his CrossFit gym. He told me that I could work out for a month and if I didn't feel better physically and about myself after that month, I wouldn't have to pay a dime. Very reluctantly, I came, and my life was never the same. I am forever indebted to him for changing my life this way.

Even in this challenging chapter in his life, he has proven to be a man who is as honest with himself as he is with everyone else. Jeff has repeatedly acknowledged his error in judgment and expressed continued remorse. The events which transpired 2 years ago are departure from anything I've ever heard or seen from him at any point during any point in the time that I have known him. I have full assurance that he is and will continue to be a person who loves and respects law, order, his country and his fellow man.

I know that these snapshots over the course of a 15-year friendship cannot tell a whole story, however I hope they are illustrative of the character of the man that I know: a veteran, an intensely hard worker, a loving father, a devoted husband, a man of faith, a true friend. It is my sincerest hope that these character traits be taken into consideration today in your Court and I thank you for your time.

Respectfully,

Hunter C. Davis, Esq.