June 14, 2023


Honorable Reggie B. Walton


Ref: Jeffrey Etter
Case 1:23-cr-00095-RBW


Dear Judge Walton,

After 25 years of dedicated service to the Florida Department of Corrections, I retired at the highest officer rank of Correctional Probation Specialist. During this time, it was my duty to monitor the activities of felony offenders and report directly to the sentencing authority (i.e. Circuit Court and/or Florida Parole Commission), as appropriate. It was a duty not taken lightly, in that I worked exceptionally hard in providing information based on fact and due diligence.

With this in mind, I have personally known Jeff for approximately 18 years and can without hesitation speak favorably on his behalf. I have observed Jeff to be a devoted husband, father, hard worker, and as evidenced by his military service, demonstrated a love for country. Additionally, Jeff is extremely conscious in taking care of himself physically and emotionally, simply so that he is better prepared to assist others. I have and will continue to welcome Jeff and his family in our home and support his future endeavors.

It is my understanding that Jeff has admitted to this Honorable Court that he participated in the events as charged. This does not surprise me because it accurately reflects the character of the man that I know and a willingness to accept responsibility for his actions. I've had multiple conversations with Jeff regarding this incident and can unequivocally state that he has already paid a hefty emotional price and is extremely remorseful for his behavior.

Please advise if I can provide additional information or be of service to the court.


Respectfully,

*[signature]*

F. Eugene Mims
Florida Department of Corrections
Correctional Probation Specialist (retired)