Your Honor,                                                                 May 1, 2023

Thank you for taking the time to read and understand who Jeff Etter is as a person. To truly understand his value to our community and his history of commitment to his family and his country.

My wife and I have known Jeff Etter and his family for over 6 years. I first met Jeff while attending a men's group at church. The group's focus was on God and family. We studied, shared, and learned how to better position ourselves to be great husbands and fathers. During that time, I gained an unfiltered understanding of Jeff's passion and devotion to his faith, his family, and his community. Jeff not only contributed to the group by helping to lead studies, but he invested his time by helping and mentoring others within the group, including myself. For that I am forever grateful to Jeff. I have also been a co-worker of Jeff's and have had the opportunity to observe not only his personal life, but Jeff as a professional as well. Jeff's character transcends his family and into his professional life and those that rely on his honesty and integrity.

For ease of read I have made some bulletin points as to what I love and respect about Jeff Etter:

-Man of Faith. Jeff is a devoted Christian. I have observed him in situations in which his faith has been the deciding factor as to how he operates his life and business. Jeff will choose to do the right thing regardless of how it may affect him.
 -US Military Veteran with Honorable Service (while I do not know the full scope of his service, I can tell you, Jeff earned this through years of sacrifice and selflessness. This fact should not be overlooked and should weigh heavily in your decision).
 -Devoted Husband.
 -Devoted Father of 3 children.
 -Has great loving parents, Jeanne and Greg Etter are respected community members and genuinely great people.
 -Husband to an amazing woman: His wife Megan is a respected community member and together they are raising 3 wonderful children that will do great things for our country.
 -Coach and Mentor to youth sports.
 -Coach and Mentor to adult fitness.
 -Jeff cares about his community, his friends, and his reputation. I respect a man that values those things over money and greed.

(continued)

In summary, I fully support Jeff Etter and his future. As a character reference, Jeff by all accounts is a great person and tremendous contributor to his community and country. I have never once observed Jeff do or even talk of anything destructive, hurtful to others, or illegal. He has never spoken or shown any signs of anything radical, or anti government. Jeff loves people, his family, and loves his country. Jeff is living an honorable life, contributing to others, and has a tremendous future. Hundreds of people are counting on him to continue to be a part of their daily lives and so are we.

Respectfully,

Jay & Amber Hassell

Jay Hassell
-Veteran of the US Military (Honorable)
-Former Law Enforcement Officer in Virginia & Texas
-Father of 4 young children
-Husband
-Youth Baseball and Softball Coach
-Member of Hope Presbyterian
-Chairman of Isle of Wight County Chamber of Commerce
-Rotary member and Founding Member of Isle of Wight County Rotary HH Group
-Past Commander for Veterans of Foreign Wars (Smithfield)
-Owner of Countryside Real Estate Group
-Owner of KW Smithfield
-Owner of Keyrenter Property Management Coastal Virginia
-Owner of Spearpoint Investment Group
-Owner of the Hamtown Mercantile