**JEFF ETTER REFERENCE LETTER**

To Whom This May Concern,

My name is Shiloh Kramer and proud to offer my character reference for Jeff Etter to whom I have personally known for over 6 years as a friend and former business partner.

During my relationship with Jeff Etter I have experienced an individual who is honest, loyal, kind, patient, and hard working man whom carries himself in a polite, respectable manner. In addition, Jeff is a family-person who has always presentes himself with levelheadedness, grace, and compassion when it comes to his loved ones. He is active in his church aswell as our local community.

Please do not hesitate to contact me if you should require any further information.

Best,

 Date: 05/22/2023

Shiloh Kramer

PII REDACTED