Justin Edelman

May 23, 2023

To Whom It May Concern,

    I am writing this letter on the behalf of Jeffery Etter. I have known Jeff and his family for 6 years and was in business with him for 3 years. I was very surprised and troubled to hear about his infraction and cases that was brough against him as he had become a pillar in the community with his children's sports, being a CrossFit coach and previous owner of CrossFit Slice. I understand the seriousness of this matter and ask the court show leniency on this matter.

    As stated, Jeff Etter has been a pillar in the fitness and CrossFit community over the past 6 years that I have known him. He has helped coach and transform lives into a more fit and healthy lifestyle, that has bettered his and others lives. Many athletes had chosen to only come to his class as he has had that much impact on their life. The positive attitude and true care that he brought to every class gave members a break from their daily grind on life. Jeff also organized an event that raised thousands of dollars to help a local members family while they were going through a struggling time dealing with a family members cancer battle.

    Not only has Jeff helped the community, but he has also become a very good friend to me and many others. I have personally been able to call on Jeff in times of need and with the drop of a hat he was there for me and or my family. He has lent an ear and advice through struggling times and been there to support my family through military deployments. As fellow veteran, he understands the struggles that families endure while supporting loved ones on deployment.

    It is my sincere hope that the court takes this letter into consideration at the time of sentencing and shows leniency. Despite the case that has been brough against him, I still consider Jeffery Etter to be a valued member of the community, great husband, amazing father, true friend and a great human being.

Sincerely,

*[signature]*

Justin Edelman