To Whom It May Concern,

I met Jeff Etter approximately 8 years ago when we both were athletes in the same gym. Then, I began to really know him a few years later when he became co-owner of that gym. The one thing that has always stood out about him is his capacity for compassion and his desire to help people. He would literally give gym memberships away for free, if that meant he could help someone improve his or her health.

Jeff brought me on as a business partner in that gym because he knew how strongly convicted I am about health and fitness and he believed in me, even when I doubted myself. My confidence and abilities grew substantially with his influence and for that, I shall be forever grateful.

Jeff is a passionate person who cares deeply for and about the well-being and opportunities of others.

Respectfully,

Jennifer Stevens