April 30, 2023

To Whom it may Concern,

I have known Jeff Etter for five years. He and I met when I clicked a link on his CrossFit gym website.  Over the 5 years I have known him, we have grown from coach and athlete to friends.  From day one, Jeff was welcoming and kind. About a month after joining the CrossFit gym, I was diagnosed with a devastating disease that left me paralyzed from the waist down. Jeff encouraged me to come back to the gym, I feel he was an integral part of my recovery.  He was patient, encouraging, humorous and helped to modify things to keep me safe and to improve my condition.

Jeff is the type of person you can count on in a stressful situation, he remains calm and his positive attitude is contagious.  He also has an excellent rapport with people of all ages. His incredible social skills  allow him to connect with all kinds of people and inspire them to put forth their best effort.  This quality allowed Jeff to be an inspiring coach with the ability to create a positive atmosphere where all abilities felt valued.

Sincerely,
Geri-Ann Gioia