Chuck Basham

3 May 2023

Ms. Lana Manitta
Attorney at Law
The Law Office of Lana Manitta, PLLC
15 N King St. Suite 305
Leesburg, VA 20176

Dear Ms. Manitta:

I met Mr. Jeff Etter in June 2021 as I was searching for a CrossFit gym in the Hampton Roads area.  I chose to join Jeff's gym over several others due to the genuine care he displayed for his new clients.   He was acutely aware that joining a CrossFit gym could be an intimidating experience, so he was diligent in making potential clients feel welcome.  He also spent time with each new client, discussing their fitness goals and developing plans for their achievement.

Jeff's passion for his clients did not wane once they joined the gym.  He actively engaged each member to ensure their needs were met.  He contacted clients who had been absent for several classes so they knew they were missed.  He also organized several gym events to promote causes that impacted gym members' lives.

Jeff's affable nature and genuine care for people not only influenced my approach to coaching, but also greatly impacted the lives of those with whom he interacted.


Sincerely,

*Chuck Basham*

Chuck Basham