# CHARACTER REFERENCE LETTER

Your Honor,

I, Father Dan Molochko MDiv, write this letter of reference about Jeff Etter whom I have known for three years, in order to clarify and defend his good character.

I first met Mr. Etter when I was assigned as a priest to a Catholic Church in the area where he resides. Initially, I met Mr. Etter as he was one of the owners of a fitness gymnasium. Eventually, I became a part-time employee of this establishment, and was able to work directly with and under Mr. Etter. This led to us becoming friends and for me to be invited over to Mr. Etter's home to see him interact with his wife and children. Since July of 2020, I have witnessed first-hand that Mr. Etter is a devoted man, to his family, his faith, and especially his country. Mr. Etter values and embodies many of the core Christian tenants: service of others, care for the less fortunate, protection of those in need, self-sacrifice etc. Time and again he has provided emotional and mental support for me and others that interact with Mr. Etter on a regular basis. He is a valuable member to the Hampton Roads community and a man who has my personal respect.

Under this pretext, I strongly recommend Mr. Etter as a more than suitable person. I think this is a solid testimony of how Mr. Etter is and his mental and moral qualities, and I hope you consider this reference letter when determining the outcome of this case.

In case you need any further information, please, do not hesitate to contact me.

Best regards,

Father Dan Molochko
Parochial Vicar
Church of the Incarnation and Our Lady of the Rosary
Catholic Diocese of Richmond