

Be it known that

PVT JEFFREY N ETTER      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

has successfully completed the

## Airborne Course

at this institution and that in testimony thereof is awarded this

Diploma

Given at Fort Benning, Georgia, on this the 25TH day of APRIL, nineteen hundred and NINETY-SEVEN

Robert T. Clark
Brigadier General, USA
Assistant Commandant

Carl F. Ernst
Major General, USA
Commandant

FB (USAIS) Form 99
1 Apr 83         Replaces FB (SECY) Form 6, 5 Dec 79, which is obsolete