

# 82d Airborne Division

## America's Guard of Honor

### Certificate of Achievement for Service

*is awarded to*

**Jeffrey Etter**

*For successfully fulfilling service requirements within the 82d Airborne Division, and the United States Army by serving with integrity, loyalty, dedication, and promoting the highest standards of soldiering. The 82d Airborne Division appreciates the contributions you have made to "America's Guard of Honor".*

_____
Steven R. England
Division Command Sergeant Major

_____
Dan K. McNeill
MG, USA
Commanding