# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY ACHIEVEMENT MEDAL



TO  **PFC JEFFERY M. ETTER**
    **ALPHA COMPANY, 82D SIGNAL BATTALION**

FOR  EXCEPTIONALLY MERTOTRIOUS ACHIEVEMENT WHILE SUPPORTING SFQC CLASS 02-97. PFC ETTER'S TIRELESS SERVICE CONTRIBUTED IMMEASURABLY TO THE SUCCESSFUL COMPLETION OF FTX ROBIN SAGE. THIS SOLDIER'S INITIATIVE TO IDENTIFY AND CORRECT PROBLEMS SETS THE EXAMPLE FOR THEIR PEERS AND REFLECTS GREAT CREDIT UPON HIMSELF, THEIR COMMAND AND THE UNITED STATES ARMY.

FROM 1 AUGUST 1997 TO 16 AUGUST 1997

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON
THIS   27   DAY OF   JULY   19 98



SECRETARY OF THE ARMY

BRIAN J. DONAHUE
LTC, SC, COMMANDING

PERMANENT ORDERS 208-1
HQ's 82D SIGNAL BN
FORT BRAGG, NC 28307

DA FORM 4980-18, AUG 81