DA FORM 4980-14, NOV 97

# DEPARTMENT OF THE ARMY

THIS IS TO CERTIFY THAT THE SECRETARY OF THE ARMY HAS AWARDED

## THE ARMY COMMENDATION MEDAL

TO

SERGEANT JEFFREY M. ETTER

A CO, 82D SIGNAL BATTALION, 82D AIRBORNE DIVISION

FOR

EXCEPTIONALLY MERITORIOUS SERVICE WHILE ASSIGNED TO THE "ALL AMERICAN DIVISION" DURING NUMEROUS TACTICAL DEPLOYMENTS AND GARRISON ACTIVITIES. HIS EXPERIENCE AND TECHNICAL EXPERTISE CONTRIBUTED SIGNIFICANTLY TO THE HIGH STANDARDS OF HIS UNIT'S PERFORMANCE IN ALL AREAS. HIS EXTRAORDINARY EFFORTS AND ACCOMPLISHMENTS REFLECT DISTINCT CREDIT UPON HIM, THE 82D AIRBORNE DIVISION, AND THE UNITED STATES ARMY.

FROM 28 FEBRUARY 1998 TO 22 MAY 2000

GIVEN UNDER MY HAND IN THE CITY OF WASHINGTON

THIS 27TH     DAY OF APRIL     20 00

PERMANENT ORDERS   118-7
HQS, 82D AIRBORNE DIVISION
FORT BRAGG, NORTH CAROLINA

DAN K. McNEILL
Major General, USA
Commanding


